IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Calvert, Gary Neal

Printed: 2/5/08

Case Number: 04 B 29383
Judge: Squires, John H
Filed: 8/9/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: January 18, 2008
Confirmed: September 29, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 40,000.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 31,441.58 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 1,858.42 |
| Other Funds: |  | 4,000.00 |
| Totals: | 40,000.00 | 40,000.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | World Financial Network Nat'l | Secured | 0.00 | 0.00 |
| 3. | Resurgent Capital Services | Unsecured | 3,448.70 | 4,214.12 |
| 4. | Wells Fargo Bank | Unsecured | 3,654.74 | 4,465.90 |
| 5. | ECast Settlement Corp | Unsecured | 2,354.84 | 2,877.49 |
| 6. | American Express Centurion | Unsecured | 5,339.65 | 6,524.77 |
| 7. | ECast Settlement Corp | Unsecured | 2,344.68 | 2,865.07 |
| 8. | ECast Settlement Corp | Unsecured | 4,739.84 | 5,791.82 |
| 9. | ECast Settlement Corp | Unsecured | 1,067.63 | 1,304.58 |
| 10. | ECast Settlement Corp | Unsecured | 150.04 | 183.34 |
| 11. | ECast Settlement Corp | Unsecured | 1,366.04 | 1,669.22 |
| 12. | Resurgent Capital Services | Unsecured | 1,018.61 | 1,244.68 |
| 13. | World Financial Network Nat'l | Unsecured | 245.97 | 300.59 |
| 14. | Beneficial Illinois Inc | Unsecured |  | No Claim Filed |
| 15. | Wal Mart Stores | Unsecured |  | No Claim Filed |
|  |  |  | $ 28,430.74 | $ 34,141.58 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 389.36 |
| 4% | 120.38 |
| 3% | 86.05 |
| 5.5% | 500.54 |
| 5% | 149.51 |
| 4.8% | 288.01 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Calvert, Gary Neal

Printed: 2/5/08

Case Number: 04 B 29383
Judge: Squires, John H
Filed: 8/9/04

```
              5.4%            324.57
                            _____
                            $ 1,858.42
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____